UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 16-2795

United States v. Washington

(E.D. Pa. No. 2-13-cr-00171-002)

PRESENT:　McKEE, COWEN, and FUENTES, Circuit Judges

ORDER

The merits panel has determined that additional District Court materials are required for the resolution of this appeal. Accordingly, the government is ordered to supplement the record by filing a supplemental appendix containing the following District Court documents:

ECF Nos. 247, 250, 255–56, 258–59, 262, and 264–67.

Two of the documents, ECF Nos. 258–59, are transcripts of hearings on defendant/appellant Washington's ineffective assistance of counsel claims. If necessary, the government is ordered to pay the fee to produce the transcripts. *See* 28 U.S.C. § 753(f).

The requested supplemental appendix shall be filed **within ten days of the entry of this order** on this Court's docket, under seal, as a continuation of the government's supplemental appendix. Hard copies of the supplemental appendix are not required. No separate motion to seal will be necessary. While the government may combine its submission into one or more larger PDFs, each constituent document should clearly indicate, either via headers, via an exhibit page, or in the table of contents, from which District Court ECF entry it is drawn.

By the Court,

s/Julio M. Fuentes
Circuit Judge

Date: March 7, 2017
CLW/cc: Eric B. Henson, Esq.
　　　　Mark S. Greenberg, Esq.