UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-2795
_____

UNITED STATES OF AMERICA

v.

ASKIA WASHINGTON,
a/k/a SKI

Askia Washington,
                    Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal No. 2:13-cr-00171-002)
District Judge: Honorable Joel H. Slomsky
_____

Before: McKEE, COWEN, and FUENTES, *Circuit Judges*
_____

**JUDGMENT**
_____

    This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on February 7, 2017. On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the judgment of conviction and sentence is AFFIRMED, the order denying discovery is VACATED, and the matter is remanded for further proceedings. Costs will not be taxed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

DATED: August 28, 2017