Burlington County, New Jersey, Man Sentenced To Eight Years In Prison For Scheme To Rob Drug Dealers At Gunpoint | USAO-NJ | Department of Justice

Case: 16-2795    Document: 003112713758    Page: 1    Date Filed: 08/28/2017

United States Department of Justice

Offices of the United States Attorneys

THE UNITED STATES ATTORNEY'S OFFICE
DISTRICT of NEW JERSEY

HOME   ABOUT   NEWS   U.S. ATTORNEY   DIVISIONS   PROGRAMS   FAQ   CONTACT US

U.S. Attorneys » District of New Jersey » News

SHARE 

**Department of Justice**

U.S. Attorney's Office

District of New Jersey

FOR IMMEDIATE RELEASE                                Wednesday, February 8, 2017

# Burlington County, New Jersey, Man Sentenced To Eight Years In Prison For Scheme To Rob Drug Dealers At Gunpoint

CAMDEN, N.J. – A Willingboro, New Jersey, man was sentenced today to 96 months in prison for his role in a conspiracy to rob a drug stash house of multiple kilograms of cocaine that he believed would be stored at the location, U.S. Attorney Paul J. Fishman announced.

Sean Forman, a/k/a "C-Life," 43, previously pleaded guilty before U.S. District Judge Noel L. Hillman to a two-count superseding information charging him with conspiracy to commit robbery and conspiracy to distribute cocaine. Judge Hillman imposed the sentence today in Camden federal court.

According to documents filed in this case and statements made in court:

In January 2014, Forman, Robert Smith, 43, of Trenton, Derrick Adams, 30, of Florence and Willingboro, New Jersey, and Daquon Basnight, 25, Jamiil McFarlane, 24, and Morris Muse, 36, all of Trenton, planned a gunpoint robbery of a drug stash house in order to steal kilograms of cocaine from dealers at the location. During an investigation by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Smith was recorded – in the presence of Forman – discussing his willingness, if necessary, to kill the occupants of the stash house. Smith and Adams, in text message conversations and recorded communications, discussed their plan to rob the stash house while posing as law enforcement.

ATF special agents arrested the conspirators when they arrived at a meeting location in Maple Shade, New Jersey, on Jan. 30, 2014. After searching the conspirators and their vehicles, the agents recovered five firearms – including a sawed-off shotgun and two stolen handguns – as well as numerous rounds of ammunition, a ballistics vest,



Community Outreach

Giving Back to the Community through a variety of venues & initatives.

LEARN MORE



**Info on DOJ's Consent Decree with the Newark Police Division**

Civil Rights Enforcement

LEARN MORE

Burlington County, New Jersey, Man Sentenced To Eight Years In Prison For Scheme To Rob Drug Dealers At Gunpoint | USAO-NJ | Department of Justice

Case: 16-2795     Document: 003112713758     Page: 2     Date Filed: 08/28/2017

masks, gloves, and zip ties.

In addition to the prison terms, Judge Hillman ordered Forman to serve five years of supervised release.

Basnight, McFarlane, Muse, and Adams all previously pleaded guilty to their roles and have been sentenced to prison. Smith was convicted at trial and sentenced to 360 months in prison in November 2016.

U.S. Attorney Fishman credited special agents with the ATF Camden Field Office, under the direction of Acting Special Agent in Charge Scott C. Curley in Newark, with the investigation leading to today's sentence. He also thanked the Drug Enforcement Administration (DEA) Maple Shade Field Office, as well as the Burlington City and Burlington Township police departments, for their assistance in this case.

The government is represented by Assistant U.S. Attorneys Justin C. Danilewitz and Howard Wiener of the U.S. Attorney's Office Criminal Division in Camden.

Defense counsel: Brian O'Malley Esq.

**Component(s):**
USAO - New Jersey

**Press Release Number:**
17-030

Updated February 8, 2017



U.S. v. BARONI & KELLY

Trial Information





Take The Right Prescription for New Jersey



Be Wary Of Scams In Which People Posing As Law Enforcement Officers Attempt To Solicit Funds.

Burlington County, New Jersey, Man Sentenced To Eight Years In Prison For Scheme To Rob Drug Dealers At Gunpoint | USAO-NJ | Department of Justice

Case: 16-2795     Document: 003112713758     Page: 3     Date Filed: 08/28/2017

| HOME | ABOUT | NEWS | U.S. ATTORNEY | DIVISIONS | PROGRAMS | FAQ | CONTACT US |

DIVISIONS
- Appeals Division
- Civil Division
- Criminal Division
- Special Prosecutions Division
- Administrative Division

PROGRAMS
- Community Outreach
- High Intensity Drug Trafficking Area
- Victim Witness Assistance

CONTACT US
- Office Directions
- Civil Rights Complaint
- Citizen's Complaint Form

U.S. DEPARTMENT OF JUSTICE

- Site Map
- Accessibility
- FOIA
- Privacy Policy
- Legal Policies & Disclaimers

- Justice.gov
- USA.gov

Captured by the Third Circuit Libraries on 8/29/2017

https://www.justice.gov/usao-nj/pr/burlington-county-new-jersey-man-sentenced-eight-years-prison-scheme-rob-drug-dealers[8/29/2017 12:21:53 PM]

**Internet Sources Cited in Opinions**

In order to preserve information for research purposes, websites cited in precedential and nonprecedential opinions for the United States Court of Appeals for the Third Circuit are captured when possible. Because some URLs cited in opinions may change over time or disappear altogether, an attempt is made to capture, as closely as possible, the material cited in an opinion at the time of its release. However, capture dates may not match the "as visited" date contained in an opinion's citation to that material. **Any use of captured website information is the sole responsibility of the user.**  All captured information is provided in good faith for research purposes. The Third Circuit Court of Appeals and its employees shall have no responsibility for the accuracy, content, completeness, legality, or reliability of captured information and cannot be held liable for any loss, damage, or expense which arises as a result of use. The content of a capture may be protected by copyright and/or related rights. Use of captured information may require permission from the rights holder(s).

