# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

**UNITED STATES OF AMERICA**     :

   v.     :     No. 16-2795

**ASKIA WASHINGTON**     :

### APPELLEE'S MOTION FOR EXTENSION OF TIME
### TO FILE PETITION FOR REHEARING

The United States of America, by its attorneys, Louis D. Lappen, Acting United States Attorney for the Eastern District of Pennsylvania, Robert A. Zauzmer, Assistant United States Attorney and Chief of Appeals, and Eric B. Henson, Assistant United States Attorney for the District, moves for an order, pursuant to Rules 26(b), 35(c), and 40(a)(1) of the Federal Rules of Appellate Procedure, granting an extension of time for the government as appellee to file a petition for rehearing in this matter. In support of this motion, the government avers as follows:

    1. On August 28, 2017, this Court filed a precedential opinion affirming the judgment and conviction in this criminal matter, but vacating the district court's order denying discovery on a claim of selective enforcement and remanding for further consideration of that issue.

    2. On September 1, 2017, appellant Askia Washington filed a motion for rehearing by the panel or en banc, with respect to the Court's denial of his claim

that imposition of a mandatory minimum sentence in this case violated due process.

3. This office has reviewed the Court's decision and determined that it is appropriate to consult with the Department of Justice regarding whether the government as well should file a rehearing petition under either Rule 35 or Rule 40, with respect to the discovery issue which was remanded to the district court. In order to permit the Department of Justice sufficient time for careful consideration of whether to file a petition for rehearing, an additional 30 days in which to file such a petition is required. Such an extension, if granted, would require the government to file a petition for rehearing on or before October 11, 2017.

WHEREFORE, for these reasons, the government as appellant respectfully requests that this Court enter an order permitting the government an extension of time to October 11, 2017, to file any petition for rehearing under Rule 35 or Rule 40.

- 3 -

Respectfully yours,

LOUIS D. LAPPEN
Acting United States Attorney


*/s Robert A. Zauzmer*
ROBERT A. ZAUZMER
Assistant United States Attorney
Chief of Appeals


*/s Eric B. Henson*
ERIC B. HENSON
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that this pleading has been served on the Filing User identified below through the Electronic Case Filing (ECF) system:

>Mark S. Greenberg, Esq.
>920 Lenmar Drive
>Blue Bell, PA  19422

>*/s Robert A. Zauzmer*
>ROBERT A. ZAUZMER
>Assistant United States Attorney

DATED:  September 8, 2017.