# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

**UNITED STATES OF AMERICA** :

   v. :    No. 16-2795

**ASKIA WASHINGTON** :

### APPELLEE'S MOTION FOR SECOND EXTENSION
### OF TIME TO FILE PETITION FOR REHEARING

The United States of America, by its attorneys, Louis D. Lappen, Acting United States Attorney for the Eastern District of Pennsylvania, Robert A. Zauzmer, Assistant United States Attorney and Chief of Appeals, and Eric B. Henson, Assistant United States Attorney for the District, moves for an order, pursuant to Rules 26(b), 35(c), and 40(a)(1) of the Federal Rules of Appellate Procedure, granting an additional extension of time for the government as appellee to file a petition for rehearing in this matter. In support of this motion, the government avers as follows:

    1. On August 28, 2017, this Court filed a precedential opinion affirming the judgment and conviction in this criminal matter, but vacating the district court's order denying discovery on a claim of selective enforcement and remanding for further consideration of that issue.

    2. On September 1, 2017, appellant Askia Washington filed a motion for rehearing by the panel or en banc, with respect to the Court's denial of his claim

that imposition of a mandatory minimum sentence in this case violated due process.

3. On September 8, 2017, the government filed a motion seeking an extension of time to determine whether to file a rehearing petition with respect to the discovery issue. On September 11, 2017, the Clerk entered an order granting that motion and extending to October 11, 2017, the time for the government to file a rehearing petition.

4. The undersigned have held discussions regarding the matter with senior Department attorneys in Washington, D.C., and determined that, given the significance of the discovery issue and its possible impact on cases in this Circuit and throughout the country, further time is needed to permit a complete discussion and a determination by the Solicitor General regarding whether to seek rehearing. The government accordingly requests an additional extension of time of 30 days, until Monday, November 13, 2017, to file any petition for rehearing under Rule 35 or Rule 40.

- 3 -

Respectfully yours,

LOUIS D. LAPPEN
Acting United States Attorney


*/s Robert A. Zauzmer*
ROBERT A. ZAUZMER
Assistant United States Attorney
Chief of Appeals


*/s Eric B. Henson*
ERIC B. HENSON
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this pleading has been served on the Filing User identified below through the Electronic Case Filing (ECF) system:

>Mark S. Greenberg, Esq.
>920 Lenmar Drive
>Blue Bell, PA  19422

>*/s Robert A. Zauzmer*
>ROBERT A. ZAUZMER
>Assistant United States Attorney

DATED:  October 4, 2017.