UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 5, 2017

No. 16-2795

USA

v.

Askia Washington,
a/k/a SKI

Askia Washington,
Appellant

(E.D. Pa. No. 2-13-cr-00171-002)

Present: FUENTES, Circuit Judge

1. Second Motion by Appellee USA for Extension of Time to file Petition for Rehearing until November 13, 2017.

Respectfully,
Clerk/clw

_____ORDER_____

The foregoing motion is granted.

By the Court,

s/Julio M. Fuentes
Circuit Judge

Dated: October 5, 2017
CLW/cc: Eric B. Henson, Esq.
        Mark S. Greenberg, Esq.