

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

November 13, 2017

**VIA ELECTRONIC FILING**

Marcia M. Waldron, Clerk
United States Court of Appeals
United States Courthouse, 21st Floor
601 Market Street
Philadelphia, PA  19106

    Re:    United States v. Askia Washington
            No. 16-2795

Dear Ms. Waldron:

      The government as appellee in this matter previously obtained extensions of time to petition for en banc review. Pursuant to the most recent extension order, any petition for en banc review would be due today.

      After careful review of the matter, the government has determined that it will not seek further review of the Court's decision in this case.

Clerk of Court
November 13, 2017
Page 2

        Sincerely,

        LOUIS D. LAPPEN
        United States Attorney


        */s Robert A. Zauzmer*
        ROBERT A. ZAUZMER
        Assistant United States Attorney
        Chief of Appeals


        */s Eric B. Henson*
        ERIC B. HENSON
        Assistant United States Attorney

cc:  Mark S. Greenberg, Esq.